IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SNODGRASS-KING PEDIATRIC DENTAL ASSOCIATES, P.C. and DAVID J. SNODGRASS, D.D.S., <br><br> Plaintiffs, <br><br> v. <br><br> DENTAQUEST USA INSURANCE CO., INC., et al., <br><br> Defendants. | Case No. 3:14-cv-654 <br> Senior Judge Haynes |

## ORDER

In accordance with the Memorandum filed herewith, Defendant DentaQuest USA's motions to dismiss (Docket Entry Nos. 24 and 56) are **GRANTED** as to Plaintiffs' equal protection claim, but the motions are otherwise **DENIED**. The Court declines to exercise its supplemental jurisdiction over Plaintiffs' state law claims, and those state law claims are **DISMISSED without prejudice**.

It is so **ORDERED**.

**ENTERED** this the 12th day of January, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge