IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SNODGRASS-KING PEDIATRIC DENTAL ASSOCIATES, P.C. and DAVID J. SNODGRASS, D.D.S., <br><br>Plaintiffs, <br><br>v. <br><br>DENTAQUEST USA INSURANCE CO., INC., *et. al.*, <br><br>Defendants. | Case No. 3:14-cv-00654 <br> Senior Judge Haynes/Brown |

### ORDER

Although the State of Tennessee was terminated on May 20, 2014, the Clerk will add the Attorney General as an interested party. Given the fact that the underlying contract at issue involves public funds and state contracts, the Attorney General may file an amicus brief on any issue in which the State has an interest.

It is so **ORDERED.**

/s/Joe. B. Brown_____
Joe B. Brown
United States Magistrate Judge